UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.J.D. CONSTRUCTION CO., INC.<br><br>Plaintiff,<br><br>-against-<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 3,<br><br>Defendant. | Civil Action No. 24-cv-47<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, A.J.D. Construction Co., Inc., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant, Laborers International Union of North America, Local 3, without prejudice. Each party shall bear their own costs.

Dated: Morristown, New Jersey
June 12, 2024

            **TRIF & MODUGNO LLC**

            By: */s/ Greg Trif*
              Greg Trif
              89 Headquarters Plaza
              North Tower, Suite 1201
              Morristown, New Jersey 07960
              Telephone: (973) 547-3611
              Facsimile: (973) 554-1220
              gtrif@tm-firm.com
              *Counsel for Plaintiff,*
              *A.J.D. Construction Co., Inc.*

## CERTIFICATE OF SERVICE

  I, Greg Trif, hereby certify that on this 12th day of June, 2024, I caused the foregoing Notice of Voluntary Dismissal filed herewith to be served by the Court's CM/ECF system.

             /s/ Greg Trif
             Greg Trif

SO ORDERED: /s/ BM

DATED: 13 June 2024